742 A.2d 559

IN THE MATTER OF RAFAEL A. PRADO,
AN ATTORNEY AT LAW.

January 6, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **RAFAEL A. PRADO** of **JERSEY CITY,** who was admitted to the bar of this State in 1978, and who was suspended from the practice of law for a period of three months effective August 13, 1999 by Order of this Court dated July 15, 1999, be restored to the practice of law, effective immediately.